```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 09 B 00015
   MICHAEL HILL
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
 SSN XXX-XX-4443

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/02/2009 and was not confirmed.

     The case was converted to chapter 7 without confirmation 01/29/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
BETHANY HOSPITAL           UNSEC W/INTER    NOT FILED          .00            .00
CAPITAL MANAGEMENT SERVI   UNSEC W/INTER    NOT FILED          .00            .00
CHASE PERSONAL SIGNATURE   UNSEC W/INTER    NOT FILED          .00            .00
CITY OF GARY EMS           UNSEC W/INTER    NOT FILED          .00            .00
RENT A CENTER CORP         UNSEC W/INTER    NOT FILED          .00            .00
T MOBILE                   UNSEC W/INTER    NOT FILED          .00            .00
DOROTHY WILLIAMS           NOTICE ONLY      NOT FILED          .00            .00
STAHULAK & ASSOC           DEBTOR ATTY            .00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                       .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 09 B 00015 MICHAEL HILL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                            /s/ Tom Vaughn
Dated: 03/17/09                      _____
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE